M. ISRAEL SCHWARZ, Respondent, v. EUROPEAN ALL WAVE RADIO COMPANY, INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLOTTE ALLING and Others, Respondents, v. WILLIAM STRETCH and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ORA G. LAWBAUGH, Plaintiff, v. GRACE A. SWEENEY and Others, Defendants. PERCY V. D. GOTT, as Executor, etc., of PHOEBE ADELINE YOUNGS, Deceased, Appellant; C. BARNWELL STRAUT and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Substituted Trustee, etc., v. JEAN HARRIS and Others.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See 242 App. Div. 819.]

In the Matter of the Application of SOLOMON S. KRAMER against PAUL MOSS, Commissioner of Licenses of the City of New York, and THE CITY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Rehabilitate the NEW YORK TITLE AND MORTGAGE COMPANY, in re premises 253–267 West Seventy-third Street, Borough of Manhattan, City of New York. CHALIS REALTY CORPORATION. GEORGE S. VAN SCHAICK, as Superintendent, etc. GIMBEL BROTHERS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

GERTRUDE S. CLARK KERRIGAN v. THE CITY OF NEW YORK and NEW YORK EMPLOYEES' RETIREMENT SYSTEM, INC., a Domestic Corporation, Impleaded with LAURA M. CLARK.— Motion for a reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HILLIARD JUDIS v. VIRGINIA BRADY HORNNEY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.